IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

08 JUL 11 PM 12:41

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>    Plaintiff,<br><br>v.<br><br>DWN MANAGEMENT, INC. d/b/a McDONALD'S,<br><br>    Defendant. | CIVIL ACTION NO.<br><br>3 : 08-cv-103-RLY-WGH<br><br>**COMPLAINT**<br><br><u>JURY TRIAL DEMAND</u> |

## NATURE OF THE ACTION

This is an action under Title VII of the Civil Rights Act of 1964 and Title I of the Civil Rights Act of 1991 to correct unlawful employment practices on the bases of sex, retaliation, and failure to keep employment records; and to provide appropriate relief to Brandy Benefiel, Patricia Dove, and a class of female employees who were adversely affected by such practices. As alleged in greater particularity in paragraphs 7 – 9 below, the Commission alleges that DWN Management, Inc. d/b/a McDonald's subjected Brandy Benefiel, Patricia Dove, and a class of female employees to sexual harassment; constructively discharged Brandy Benefiel, Patricia Dove, and a class of female employees; failed to make and preserve relevant employment records; and retaliated against Ms. Benefiel after she complained of sexual harassment.

## JURISDICTION AND VENUE

1. Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 451, 1331, 1337, 1343, and 1345. This action is authorized and instituted pursuant to Section 706(f)(1) and

(3) of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e-5(f)(1) and (3) ("Title VII"), and Section 102 of the Civil Rights Act of 1991, 42 U.S.C. § 1981a.

2. The employment practices alleged to be unlawful were committed within the jurisdiction of the United States District Court for the Southern District of Indiana, Evansville District.

## PARTIES

3. Plaintiff, the Equal Employment Opportunity Commission (the "Commission"), is the agency of the United States of America charged with the administration, interpretation, and enforcement of Title VII and is expressly authorized to bring this action by Section 706(f)(1) and (3) of Title VII, 42 U.S.C. § 2000e-5(f)(1) and (3).

4. At all relevant times, Defendant, DWN Management, Inc. d/b/a McDonald's (the "Employer"), has continuously had at least 15 employees and has continuously been an Indiana corporation doing business in the State of Indiana and the City of Petersburg.

5. At all relevant times, Defendant Employer has continuously been an employer engaged in an industry affecting commerce within the meaning of Sections 701(b), (g) and (h) of Title VII, 42 U.S.C. §§ 2000e(b), (g) and (h).

## STATEMENT OF CLAIMS

6. More than thirty days prior to the institution of this lawsuit, Brandy Benefiel and Patricia Dove filed charges with the Commission alleging violations of Title VII by Defendant Employer. All conditions precedent to the institution of this lawsuit have been fulfilled.

7. Since at least August 22, 2006, Defendant Employer has engaged in unlawful employment practices at its Petersburg, Indiana, facility, in violation of Sections 703(a)(1) and 704(a) of Title VII, 42 U.S.C. §§ 2000e-2(a)(1), 2000e-3(a).

   a. Defendant Employer subjected Brandy Benefiel, Patricia Dove, and a class of female employees to sexual harassment.

   b. As a result of Defendant Employer's unlawful discrimination, Brandy Benefiel, Patricia Dove, and a class of female employees were constructively forced to resign their employment.

   c. Defendant Employer withheld a raise and Christmas bonus from Brandy Benefiel when she complained of sexual harassment.

8. The effect of the practices complained of in paragraph 7 above has been to deprive Brandy Benefiel, Patricia Dove, and a class of female employees of equal employment opportunities and otherwise adversely affect their status as employees because of their sex.

9. At some time after August 22, 2006, Defendant Employer failed, in violation of Section 709(c) of Title VII, 42 U.S.C. § 2000e-8(c), to make and preserve records relevant to the determination of whether unlawful employment practices have been or are being committed.

10. The unlawful employment practices complained of in paragraphs 7 and 9 above were intentional.

11. The unlawful employment practices complained of in paragraphs 7 and 9 above were done with malice or with reckless indifference to the federally protected rights of Brandy Benefiel, Patricia Dove, and a class of female employees.

## PRAYER FOR RELIEF

Wherefore, the Commission respectfully requests that this Court:

A.  Grant a permanent injunction enjoining Defendant Employer, its officers, agents, servants, employees, attorneys, and all persons in active concert or participation with them, from subjecting its employees to sexual harassment.

B.  Order Defendant Employer to institute and carry out policies, practices, and programs which provide equal employment opportunities for female employees, and which eradicate the effects of its past and present unlawful employment practices.

C.  Order Defendant Employer to make whole Brandy Benefiel, Patricia Dove, and a class of female employees, by providing appropriate backpay with prejudgment interest, in amounts to be determined at trial, and other affirmative relief necessary to eradicate the effects of its unlawful employment practices, including but not limited to rightful-place hiring when appropriate.

D.  Order Defendant Employer to make and preserve all records, in accordance with the provisions of Section 709(c) of Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e-8(c), relevant to the determination of whether unlawful employment practices have been or are being committed.

E.  Order Defendant Employer to make whole Brandy Benefiel, Patricia Dove, and a class of female employees, by providing compensation for past and future pecuniary losses resulting from the unlawful employment practices described in paragraph 7 above, including medical and relocation expenses as appropriate, in amounts to be determined at trial.

F.  Order Defendant Employer to make whole Brandy Benefiel, Patricia Dove, and a class of female employees by providing compensation for past and future

losses resulting from the unlawful practices complained of in paragraph 7 above, including emotional pain and suffering, humiliation, and loss of enjoyment of life, in amounts to be determined at trial.

G. Order Defendant Employer to pay Brandy Benefiel, Patricia Dove, and a class of female employees punitive damages for its malicious and reckless conduct described in paragraphs 7 and 9 above, in amounts to be determined at trial.

H. Grant such further relief as the Court deems necessary and proper in the public interest.

I. Award the Commission its costs of this action.

## JURY TRIAL DEMAND

The Commission requests a jury trial on all questions of fact raised by its complaint.

Respectfully Submitted,

*/s/ Laurie A. Young*
LAURIE A. YOUNG, #11489-49
Regional Attorney

*/s/ Michelle Eisele*
MICHELLE EISELE, #12070-49
Supervisory Trial Attorney

*/s/ Kenneth L. Bird*
KENNETH L. BIRD, #10780-02
Senior Trial Attorney

EQUAL EMPLOYMENT OPPORTUNITY
  COMMISSION
Indianapolis District Office
101 West Ohio Street, Suite 1900
Indianapolis IN 46204-4203
Phone: (317) 226-7204
Fax: (317) 226-5571
Email: Kenneth.Bird@eeoc.gov